# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140580

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                       SC: 140580
                                       COA: 294509

ANDRE LAMAR BROWN,
           Defendant-Appellant.
                                       Ingham CC: 05-000509-FC

_____/

On order of the Court, the application for leave to appeal the December 22, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010                              _____
p0621                                         Clerk